**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| Luis Felipe Chavarria Lopez, | ) |
| Petitioner, | ) |
| | )  Civil Action No. 26-CV-11672-AK |
| v. | ) |
| Antone Moniz, et al, | ) |
| Respondent (s). | ) |

## ORDER OF DISMISSAL

## ANGEL KELLEY, D.J.

In accordance with the Court's Order  [Dkt. 12] entered on 4/22/2026, it is hereby

**ORDERED** that the above-entitled action be, and hereby is, **DISMISSED**.

Dated: 5/8/2026                                                          By the Court,

/s/ Courtney Horvath
Deputy Clerk